
JOHN L. BURRIS, Esq.
State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
Email: john.burris@johnburrislaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| V.G.M., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SALINAS, et al.,<br><br>　　　　Defendants. | Case No.  19-cv-08007-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING RESPONSE TO ORDER TO SHOW CAUSE** |

As set forth in Respondent's Motion to File Under Seal, Respondent lodged with the Court the following documents containing information designated "Confidential":

**Exhibit A**: A copy of the Retainer Agreement, pertaining to the instant matter;

**Exhibit B**: Copies of the Retainer Agreements, pertaining to the instant matter;

**Exhibit C:** Email from Melissa Nold dated August 3, 2020, pertaining to the instant matter.

Having considered Respondent's Administrative Motion, pursuant to Civil Local Rule 79-5(d) in support of sealing, the Court finds that the good cause standard of Rule 26(c) applies since the records are not related to the merits of the case. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).  Good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced documents be filed under seal.

Dated: February 16, 2021

_____
BETH LABSON FREEMAN
United States District Judge